UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'VAUGHN HILL,<br>        Plaintiff,<br>    v.<br>CORCORAN STATE PRISON, et al.,<br>        Defendants. | Case No. 23-cv-01813-HSG<br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at Corcoran State Prison ("CSP") has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that an officer at Corcoran State Prison failed to provide him with medical assistance on September 8, 2022. Dkt. No. 1. The events or omissions giving rise to Plaintiff's claim(s) occurred at Corcoran State Prison and Plaintiff seeks relief from Corcoran State Prison employees or prison officials. Corcoran State Prison is located in Kings County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/6/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge